**FILED**

02/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0026

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No.:  DA 24-0026

JAMES G. ARCHER, DENISE F. ARCHER, ROGER WAGNER, ANTOINETTE WAGNER, RUTGER NIERS, LAURA NIERS, GREGORY CHAPMAN, GREGORY SMITH, and LISA BRYANT,

Plaintiffs/Appellants,

vs.

GORDON TAIT and MICHELLE JANZ,

Defendants/Appellees.

**On Appeal from the Eleventh Judicial District Court, Flathead County Cause No.:  DV-23-640E, Hon. Danni Coffman**

**ORDER**

Sean S. Frampton
FRAMPTON PURDY LAW FIRM
530 West 19th Street #301
Whitefish, MT  59937
Telephone:   (406) 862-9600
Facsimile:   (406) 862-9611
E-mail:       sean@framptonpurdy.com
*Attorneys for Plaintiffs-Appellants*

Bruce A. Fredrickson
Angela M. LeDuc
Taylor R. Miller
Rocky Mountain Law Partners, P.C.
1830 3rd Avenue East, Suite 301
P. O. Box 1758
Kalispell, MT 59903-1758
Telephone:  (406) 314-6011
Facsimile:  (406) 314-6012
E-mail:       bruce@rmtlawp.com
                   angie@rmtlawp.com
                   taylor@rmtlawp.com
*Attorneys for Defendants-Appellees*

-1-

Based upon Appellees' Unopposed Motion for Extension of Time to file their Response Brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellees shall file and serve their Response Brief on or before April 8, 2024.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 26 2024